# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN AMESCUA**, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and DOES 1 to 50,** inclusive;<br><br>Defendants. | CASE NO. 2:25-cv-01158<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE**<br><br>COMPLAINT FILED: FEBRUARY 11, 2025 |

Based on the Parties Joint Stipulation pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court DISMISSES with prejudice the complaint as to all parties and claims. The Clerk of Court shall terminate the case.

DATED:  June 17, 2025

_____
PERCY ANDERSON
United States District Judge

- 1 -